**Jonathan D. MAURO, Plaintiff–Appellant,**

v.

**Joseph M. ARPAIO, Sheriff; Maricopa County, a political subdivision of the State of Arizona, Defendants–Appellees,**

**Arizona Civil Liberties Union, Intervenor.**

No. 97–16021.

United States Court of Appeals, Ninth Circuit.

Dec. 2, 1998.

### ORDER

Upon the vote of a majority of nonrecused regular active judges of this court, it is ordered that this case be reheard by the en banc court pursuant to Circuit Rule 35-3. The three-judge panel opinion, *Mauro v. Arpaio*, No. 97-16021, slip op. at 10013 (9th Cir. Sept. 1, 1998), is withdrawn.